UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

SALINA MAYES,

                Plaintiff,

    v.                                                19-CV-00355-LJV

UNITED STATES POSTAL SERVICE,

                Defendant.

_____

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that defendant United States Postal Service, by their attorney, Mary K. Roach, Assistant United States Attorney, for James P. Kennedy, Jr., United States Attorney for the Western District of New York, hereby moves this Court for an order: (i) pursuant to 28 U.S.C. § 2679, substituting the United States as defendant in place of defendant United States Postal Service; and (ii) for such other and further relief as the Court may deem just or proper. This motion is supported by the accompanying Memorandum of Law.

**PLEASE TAKE NOTICE THAT** the motion will be heard at the United States Courthouse, 2 Niagara Square, Buffalo, New York at a date and time to be set by the Court.

**PLEASE TAKE FURTHER NOTICE** that defendant intends to serve and file reply papers and, therefore, any papers in opposition to this motion are due fourteen days after service of this motion, pursuant to Local Rule 7(b)(2)(B), unless otherwise ordered by the Court.

DATED: Buffalo, New York, April 22, 2020

                                                             JAMES P. KENNEDY, JR.
                                                           United States Attorney

BY:     S/Mary K. Roach
           MARY K. ROACH
           Assistant U.S. Attorney
           United States Attorney's Office
           Western District of New York
           138 Delaware Avenue
           Buffalo, New York 14202
           716-843-5866
           Mary.k.roach@usdoj.gov